UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:24-CR-231-01 |
| v. ) | |
| ) | **FACTUAL BASIS** |
| **(1) JAVIER AVILA-RIVAS,** ) | |
| **Defendant** ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of Defendant's plea agreement and Defendant's plea of guilty.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From on or about August 6, 2024, to on or about September 5, 2024, in Mecklenburg County, and within the Western District of North Carolina, the defendant JAVIER AVILA-RIVAS conspired with others to distribute and possess with intent to distribute controlled substances, to wit: more than four-hundred (400) grams of a mixture and substance containing fentanyl.

2. Specifically, on September 5, 2024, a Charlotte Mecklenburg Police Department undercover officer (UC) contacted AVILA-RIVAS and arranged the purchase of two (2) ounces of fentanyl for $1,800.00 USD. AVILA-RIVAS and a co-conspirator arrived at the deal location with the narcotics. AVILA-RIVAS then met with the UC and delivered approximately two ounces of fentanyl to the UC. Laboratory results confirmed this substance to be 52.5 grams of fentanyl.

3. Officers continued surveilling AVILA-RIVAS and the co-conspirator and saw AVILA-RIVAS carrying a black duffle bag. He then got into a car with the co-conspirator. Agents

approached both men at a motel in Charlotte and a police canine alerted to the presence of narcotics. Police searched the vehicle and inside the black duffle bag the police found what laboratory results confirmed to be 1,436 grams of fentanyl.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

_____　　　　　　　DATED: 5/13/25
KELLY M. SULLIVAN
Attorney for Defendant

2